3:23-cv-462-BJD-JBT

FILED
2023 APR 20 AM 8:30
CLERK US DISTRICT COURT
MIDDLE DISTRICT
JACKSONVILLE FLORIDA

To Whom It May Concern,
My name is Tori Reese Jr and I am currently writing from Suwannee Correctional Institution in the Florida Department of Corrections to notify this honorable court of the violations of my Federally protected Due Process rights along with Chapter 33-103.017(1) and CH 33-208.001-.003 Florida Administrative Code by deliberately hindering and obstructing inmate access to the grievance process in an effort to stall pending litigation by preventing inmates from exhausting the proper administrative remedies. Me and several other inmates are pursuing Civil Rights claims against officials for refusing to comply with Chapter 33-602.900 and Chapter 33-601.800(4)(J). Chapter 33-602.900 allows ALL Close Management levels to possess tablets and Chapter 33-601.800(4)(J) allows ALL Close Management inmates the ability to correspond as the same of General Population inmates. Upon arrival @ this facility on February 9th, 2023 from Florida State Prison as a CM3 inmate transfer I was in possession of my Securus tablet that was confiscated and stored in my property as well as several other inmates where a DC6-220 inmate impounded property list was issued which was signed by C/O Coe and Sgt. W. Young. I filed several grievances @ the institutional level and also proceeded directly to the Secretarys Office of FDOC. Im filing this in regards to me not being allowed to possess the tablet that I arrived with which has no pertinent reason to be tooken from my person. Nothing is wrong with my tablet and I signed to a specific tablet. The removal of my tablet from my possession is interfering with my ability to correspond with my

family, as security doesnt allow me to access the kiosk due to staffing issues. I have a Federally protected right to be able to correspond with family. This is infringing on that right being that the facility has took my tablet without reason. I am not being given any relief in my quest and my remedy sought to this is that I be issued my tablet out of my property working so that I can correspond period.

Chapter 33-601.800 (4)(J) and Chapter 33-602.900 and U.S. Federal postage mail are all being violated along with The Nelson Mandela Rules and above stated violations. Any and all assistance rendered in matter will be greatly appreciated.

/s/ [signature]
DC# 158391
Ton Reese Jr.
Suwanne Correctional Institution
5964 U.S. Highway 90
Live Oak Florida 32060